UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Defendant. | Before: Timothy M. Reif, Judge <br><br> Court No. 22-00349 |

## ORDER

Upon consideration of the Motion to Intervene as a Matter of Right filed by proposed intervenor United States Steel Corporation ("USSC"), and all other papers herein, and upon due deliberation, it is hereby

**ORDERED** that USSC did not show or demonstrate that it fulfilled the requirements for intervention as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rule 24(a); it is further

**ORDERED** that USSC's Motion to Intervene as a Matter of Right is denied without prejudice as to any potential motion that USSC might file for permissive intervention; and it is further

**ORDERED** that USSC file any such motion for permissive intervention not later than Tuesday, February 21, 2023.

/s/    Timothy M. Reif
Judge

Dated: February 6, 2023
New York, New York