# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| **EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş.,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**UNITED STATES INTERNATIONAL TRADE COMMISSION,**<br>　　　　**Defendant,**<br><br>and<br><br>**STEEL DYNAMICS, INC., SSAB ENTERPRISES, LLC, CLEVELAND-CLIFFS INC., AND NUCOR CORPORATION,**<br>　　　　**Defendant-Intervenors.** | **Court No. 22-00349** |

## U.S. INTERNATIONAL TRADE COMMISSION'S STATEMENT IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION TO DISMISS

For the same reasons the Commission denied Erdemir's request for reconsideration—as set forth in the attached Federal Register notice— the Commission agrees with Defendant-Intervenors that this case should be dismissed. *See* 87 Fed. Reg. 73,331 (Nov. 29, 2022) (Exhibit A). Specifically, because Erdemir never appealed the Commission's original determination, the Court has no subject matter jurisdiction under 28 U.S.C. § 1581(i), which is only available when jurisdiction under subsections (a) through (h) of 28 U.S.C. § 1581 is either unavailable or manifestly inadequate. Nor has Plaintiff stated a claim upon which relief can be granted given the finality of the original determination and the absence of fraud or other facts suggesting extraordinary circumstances.

Respectfully submitted,

*/s/ Andrea C. Casson*
Andrea C. Casson
Assistant General Counsel for Litigation
Telephone: (202) 205-3105
andrea.casson@usitc.gov

*/s/ Michael K. Haldenstein*
Michael K. Haldenstein
Attorney-Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Telephone: (202) 205-3041
Facsimile: (202) 205-3111
michael.haldenstein@usitc.gov

Date: July 31, 2023