UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>Defendant,<br><br>and<br><br>STEEL DYNAMICS, INC., SSAB ENTERPRISES, LLC, CLEVELAND-CLIFFS INC., AND NUCOR CORPORATION,<br><br>Defendant-Intervenors. | Court No. 22-00349 |

### DEFENDANT U.S. INTERNATIONAL TRADE COMMISSION'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Pursuant to Rules 12(b)(1) and 12(b)(6) of the rules of this Court, Defendant, the United States International Trade Commission ("Commission" or "ITC"), respectfully submits this reply to the opposition filed by Plaintiff, Ereğli Demir Ve çelik Fabrikalari T.A.ş. ("Erdemir") in response to the motion to dismiss this action filed by Defendant-Intervenors on July 31, 2023.

In its appeal, Erdemir is challenging the Commission's decision not to institute a reconsideration proceeding concerning the antidumping duty order on hot-rolled steel flat products from Turkey. Contrary to the arguments made by Erdemir in its opposition, dismissal

continues to be warranted under the circumstances presented in this action. As discussed in Defendant's statement in support of Defendant-Intervenors' motion to dismiss (ECF 54) and the notice of the Commission's decision to deny Erdemir's reconsideration request, because Erdemir never appealed the Commission's original determination, the Court has no subject matter jurisdiction under 28 U.S.C. § 1581(i), which is only available when jurisdiction under subsections (a) through (h) of 28 U.S.C. § 1581 is either unavailable or manifestly inadequate. *Hot-Rolled Steel Flat Products from Turkey*, Inv. No. 731-TA-1296 (Final); *Denial of Request to Institute a Section 751(b) Review or Reconsideration Proceeding Concerning the Commission's Affirmative Determination; Hot-Rolled Steel Flat Products from Turkey*, 87 Fed. Reg. 73,331, 73,332-72,333 (Int'l Trade Comm'n Nov. 29, 2022). None of the arguments made by Erdemir in its opposition demonstrate that the remedy available to it under 28 U.S.C. § 1581(c) was manifestly inadequate.

In the alternative, Erdemir's complaint fails to state a claim upon which relief can be granted given the finality of the original determination and the absence of fraud or other facts suggesting extraordinary circumstances. *See* 87 Fed. Reg. at 73,332. None of the arguments made by Erdemir in its opposition demonstrate that its request for a reconsideration proceeding presented "extraordinary circumstances" warranting reconsideration of a Commission determination. *See Ferrosilicon from Brazil, China, Kazakhstan, Russia, Ukraine, and Venezuela*, Inv. Nos. 731–TA–566–570, 641 and 303–TA–23 (Reconsideration), USITC Pub. 3218 (Aug. 1999) at 8, *aff'd, Elkem Metals Co. v. United States*, 26 CIT 234, 193 F. Supp. 2d 1314 (2002).

For these reasons, we respectfully request the Court dismiss this action for lack of subject matter jurisdiction or, alternatively, failure to state a claim upon which relief can be granted.

Respectfully submitted,

Dominic L. Bianchi
General Counsel

*/s/ Andrea C. Casson*
Andrea C. Casson
Assistant General Counsel for Litigation

*/s/ Ravi D Soopramanien*
Michael K. Haldenstein
Ravi D. Soopramanien
Attorney-Advisors
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Telephone: (202) 205-3002
ravi.soopramanien@usitc.gov

*Attorneys for Defendant United States International Trade Commission*

Dated: November 3, 2023

# CERTIFICATE OF COMPLIANCE

Pursuant to Chambers Procedures 2(B)(1) and 2, I hereby certify that the attached **DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS** contains 413 words, according to the word-count function of the word processing system used to prepare this motion and memorandum (Microsoft Office 365 ProPlus).

                                                 */s/ Ravi D. Soopramanien*
                                                 Ravi D. Soopramanien
                                                 Attorney-Advisor
                                                 Office of the General Counsel
                                                 U.S. International Trade Commission
                                                 500 E Street, SW
                                                 Washington, DC 20436
                                                 Telephone: (202) 205-3002
                                                 Facsimile: (202) 205-3111
                                                 ravi.soopramanien@usitc.gov

Date: November 3, 2023