Form 18A-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 18A

| | |
|---|---|
| Eregli Demir ve Celik Fabrikalari T.A.S., <br>                          Plaintiff, <br><br> v. <br><br> United States International Trade Commission, <br>                          Defendant. | Court No.       22-349 |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

PLEASE TAKE NOTICE that <u>Ravi D. Soopramanien</u>, an attorney with <u>U.S. Department of Justice</u>, who previously entered an appearance on behalf of <u>Defendant</u> in this action [and the related actions listed in the attached schedule], is no longer participating in this action.  Please remove his/her CM/ECF access to business proprietary information and assure that he/she is no longer served with business proprietary information.

Date: February 22, 2024

/s/ Ravi D. Soopramanien
Attorney

U.S. Department of Justice
Agency

Ben Franklin Station, P.O. Box 480
Street Address

Washington, DC 20044
City, State and Zip Code

(202) 616-0856
Telephone Number

Ravi.Soopramanien@usdoj.gov
E-mail Address

**Form 18A-2**

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
|---|---|
| 22-350 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission |

(As added Dec. 4, 2012, eff. Jan. 1, 2013.)