# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY M. REIF

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>    Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION *et al.*,<br><br>    Defendant-intervenors. | 22-cv-00349 |

## NOTICE OF APPEAL

  Notice is hereby given that Ereğli Demir ve Çelik Fabrikalari T.A.Ş. (Erdemir), Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the order entering judgment in this action dated July 22, 2024 (ECF No. 73) and from the underlying slip opinion issued on July 22, 2024 (ECF No. 72).

              Respectfully submitted,

              /s/ David L. Simon
              David L. Simon, Esq.
              LAW OFFICES OF DAVID L. SIMON, PLLC
              1025 Connecticut Ave., N.W., Ste. 1000
              Washington, D.C. 20036
              Tel.: (202) 481-9000
              Email: DLSimon@DLSimon.com

Date: August 14, 2024         *Counsel to Erdemir*